| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Plus Studios LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2499649** |
| 4. | **Debtor's address** | **Principal place of business**  **3271 E Warm Springs Rd.**  **Las Vegas, NV 89120**  Number, Street, City, State & ZIP Code  **Clark**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.plus-studios.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Plus Studios LLC**　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5619__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

Official Form 201　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　page 2

Debtor **Plus Studios LLC**　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor　　　　　　　　　　　　　　　　　　　　　　Relationship
District　　　　　　　　When　　　　　　　　Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard?　_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other　_____

**Where is the property?**　_____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.　Insurance agency　_____
　　　　Contact name　_____
　　　　Phone　_____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**　　　*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49　　　　　　　　☐ 1,000-5,000　　　　　　☐ 25,001-50,000
☐ 50-99　　　　　　　　☐ 5001-10,000　　　　　　☐ 50,001-100,000
■ 100-199　　　　　　　☐ 10,001-25,000　　　　　☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000　　　　　　☐ $1,000,001 - $10 million　　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　☐ $10,000,001 - $50 million　　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　　☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　　■ $1,000,001 - $10 million　　　　☐ $500,000,001 - $1 billion

Official Form 201　　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　　page 3

Debtor  **Plus Studios LLC**                                             Case number (*if known*)
        Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Plus Studios LLC**                                                          Case number (*if known*)
        Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 26, 2024**
              MM / DD / YYYY

X **/s/ Matthew S. Naert**                                    **Matthew S. Naert**
Signature of authorized representative of debtor              Printed name

Title   **Manager**

**18. Signature of attorney**

X **/s/ Timothy P. Thomas, Esq.**                             Date  **April 26, 2024**
Signature of attorney for debtor                                    MM / DD / YYYY

**Timothy P. Thomas, Esq.**
Printed name

**Law Office of Timothy P. Thomas, LLC**
Firm name

**1771 E. Flamingo Rd. Suite B-212**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone  **(702)227-0011**        Email address  **tthomas@tthomaslaw.com**

**5148 NV**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Plus Studios LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A2 Exhibits Attn: Bankruptcy Dept/Managing Agent 6215 McGill Ave, Suite C300 Las Vegas, NV 89122 | | Business Debt | | | | $7,000.00 |
| AmTrust North America Attn: Bankruptcy D PO Box 6939 Cleveland, OH 44101-1939 | | Business Debt | | | | $14,765.00 |
| Angles on Design Inc. 9655 Soreng Ave, Suite 300 Schiller Park, IL 60176 | | Business Debt | | | | $47,835.84 |
| AV Dimensions Attn: Bankruptcy Dept/Managing Agent PO Box 12780 Chandler, AZ 85248 | | Business Debt | | | | $13,179.10 |
| beMatrix Attn: Bankruptcy Dept/Managing Agent 4476 Park Drive Norcross, GA 30093 | | Business Debt | | | | $6,964.41 |
| D'Andrea Visual Attn: Bankruptcy Dept/ Managing Agent 6100 Gateway Drive Cypress, CA 90630 | | Business Debt | | | | $6,642.00 |

Debtor **Plus Studios LLC**  
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Epic Personnel Partners LLC**<br>**PO Box 75343**<br>**Chicago, IL 60675-5343** | | **Business debt** | | | | $95,078.21 |
| **Five Incorporated**<br>**Attn: Bankruptcy Dept/ Managing Agent**<br>**1055 S 1100 W**<br>**Lehi, UT 84043** | | **Business Debt** | | | | $7,305.97 |
| **Flooring Exhibits**<br>**PO Box 400084**<br>**Las Vegas, NV 89140** | | **Business Debt** | | | | $25,688.50 |
| **In-House Production**<br>**Attn: Bankruptcy Dep**<br>**6620 W. Arby Ave**<br>**Las Vegas, NV 89118** | | **Business Debt** | | | | $13,451.83 |
| **IPFS Corporation**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**1055 Broadway 11th Floor**<br>**Kansas City, MO 64105** | | **Business Debt** | | | | $6,736.29 |
| **Marsha Carver, Executor of Estate of**<br>**John A. Carver**<br>**c/o Smith & Shapiro PLLC**<br>**3333 E. Serene Ave. #130**<br>**Henderson, NV 89074** | | | | | | $530,000.00 |
| **Nationwide Displays Exhibits**<br>**110 Windsor Place**<br>**Las Vegas, NV 89103** | | **Business Debt** | | | | $18,141.00 |
| **Octane Group, Inc.**<br>**ATTN Bankruptcy Dept**<br>**11700 W. Charleston Blvd. #170-484**<br>**Las Vegas, NV 89135** | | **Business debt** | | | | $149,455.05 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Debtor **Plus Studios LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Peterman Lumber Attn: Bankruptcy Dept/Managing Agent 10330 Elm Avenue Fontana, CA 92337** | | Business Debt | | | | $6,867.50 |
| **Priority 1 Attn: Bankruptcy Dept/Managing Agent PO Box 840808 Dallas, TX 75284-0808** | | Business Debt | | | | $8,200.00 |
| **Royal Plywood Company PO Box 728 La Mirada, CA 90637-0728** | | Business Debt | | | | $54,131.26 |
| **SRS Fabrication Inc. Attn: Bankruptcy Dept/Managing Agent 5182 Blissful Valley Circle Las Vegas, NV 89149** | | Business Debt | | | | $7,500.00 |
| **Trussworks Attn: Bankruptcy Dept 2265 Renaissance Dr., Suite A Cleveland, OH 44101-1939** | | Business Debt | | | | $15,272.04 |
| **Willwork, Inc. AttN Bankruptcy Dept 7015 Corporate Plaza Dr, #100 Las Vegas, NV 89118** | | Business Debt | | | | $102,443.54 |

Plus Studios LLC
3271 E Warm Springs Rd.
Las Vegas, NV 89120

Timothy P. Thomas, Esq.
Law Office of Timothy P. Thomas, LLC
1771 E. Flamingo Rd. Suite B-212
Las Vegas, NV 89119

A-Z Drafting
Attn: Bankruptcy Dept
2012 Corwin Rd.
Bullhead City, AZ 86442

A2 Exhibits
Attn: Bankruptcy Dept/Managing Agent
6215 McGill Ave, Suite C300
Las Vegas, NV 89122

AASAP Consulting
Attn: Bankruptcy Dept
4550 W. Oakey Blvd.
Las Vegas, NV 89102

Abbots Custom Printing
Attn: Bankruptcy Dept
411 Mark Leany Dr
Henderson, NV 89011

ACLV
Attn: Bankruptcy Dept.
6255 McLeod Dr.
Las Vegas, NV 89120

Aflac
Attn: Bankruptcy Dept.
PO Box 7402
Pasadena, CA 91109-7402

Air Center of Nevada
Attn: Bankruptcy Dept
4325 W. Post Road
Las Vegas, NV 89118

Allegis
Attn: Bankruptcy Dept
PO Box 851354
Minneapolis, MN 55485-1354

Ally Auto
Attn: Bankruptcy Dept
PO Box 9001948
Louisville, KY 40290

Altitude Color Technologies
Attn: Bankruptcy Dept.
6185 S. Valley View Blvd., Suite 390
Las Vegas, NV 89118

AMC Fabrication
Attn: Bankruptcy Dept.
6165 Annie Oakley Dr
Las Vegas, NV 89120

American Airlines Inc.
Attn: Bankruptcy Dept.
4000 E. Sky Harbor Blvd.
Phoenix, AZ 85034

AmTrust North America Attn: Bankruptcy D
PO Box 6939
Cleveland, OH 44101-1939

Angles on Design Inc.
9655 Soreng Ave, Suite 300
Schiller Park, IL 60176

Aqua Element
Attn: Bankruptcy Dept
4550 W. Oakey Blvd
Las Vegas, NV 89102

ArtfulSEO
Attn: Bankruptcy Dept.
8316 Ashkum Ave.
Las Vegas, NV 89149

AT&T
PO Box 6463
Carol Stream, IL 60197-6463

AV Dimensions
Attn: Bankruptcy Dept/Managing Agent
PO Box 12780
Chandler, AZ 85248

beMatrix
Attn: Bankruptcy Dept/Managing Agent
4476 Park Drive
Norcross, GA 30093

Better Business Bureau
Attn; Bankruptcy Dept
6040 S. Jones Blvd.
Las Vegas, NV 89118

```
C2it Productions
Attn: Bankruptcy Dept
9360 W. Flamingo Rd.
Las Vegas, NV 89147

Califf Harper
Attn: James Zmuda Esq.
PO Box 719
Moline, IL 61266

CAmden Tradeshow & Event Furnishings
Attn: Bankruptcy Dept
716 Indian Garden St.
Las Vegas, NV 89138

Century Link
P.O. Box 2961
Phoenix, AZ 85062-2961

Champion Logistics Group
Attn: Bankruptcy Dept
200 Champion Way
Melrose Park, IL 60164

Childs Watson PLLC
as Registerd Agent
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

Circle Group
Attn: Bankrupty Dept.
5565 S. Decator Blvd. #106
Las Vegas, NV 89118

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
PO Box 551401
Las Vegas, NV 89155

Clark County Treasurer
500 S. Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Cox Communications
PO Box 53262
Phoenix, AZ 85072

Cromer Inc.
Attn: Bankruptcy Dept
5260 Cameron St.
Las Vegas, NV 89118
```

Curtis Steel Company
4565 Wynn Road
Las Vegas, NV 89103

D'Andrea Visual
Attn: Bankruptcy Dept/ Managing Agent
6100 Gateway Drive
Cypress, CA 90630

Daniel Sweeney
722 10th Ave. Court
Hampton, IL 61256

De Lage Landen Financial Services Inc.
Attn: Bankruptcy Dept
PO Box 41602
Philadelphia, PA 19101-1602

Delta Air Lines Inc.
Attn: Bankruptcy Dept
1030 Delta Blvd., Dept. 982
Atlanta, GA 30354

Delta Liquid Energy
13995 Grand Valley Pkwy.
Las Vegas, NV 89165

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Design to Print
Attn :Bankruptcy Dept
PO Box 599
Saint George, UT 84771

Display Supply & Lighting inc.
Attn: Bankruptcy Dept
1247 Norwood Ave.
Itasca, IL 60143

Eco Systems
Attn: Bankruptcy Dept.
401 Hall SW
Grand Rapids, MI 49503

Elevation 3D LLC
Attn Bankruptcy Dept
905 Hartford Turnpike
Shrewsbury, MA 01545

Epic Personnel Partners LLC
PO Box 75343
Chicago, IL 60675-5343

Event Support Solutions

Exhibitor Express Services
Attn: Bankruptcy Dept.
5531 Megan Faye Street
North Las Vegas, NV 89031

Fasco
Attn: Bankruptcy Debt.
4315 W. Tompkins Ave.
Las Vegas, NV 89103

FedEx
Attn Bankruptcy Dept.
PO Box 7221
Pasadena, CA 91109-7321

FIrst State Bank of Illinois
Attn Bankruptcy Dept.
1701 River Dr., Suite 110H
Moline, IL 61265

Five Incorporated
Attn: Bankruptcy Dept/ Managing Agent
1055 S 1100 W
Lehi, UT 84043

Flooring Exhibits
PO Box 400084
Las Vegas, NV 89140

Fortress Bank
Attn Bankruptcy Dept
9000 N. Knoxville Ave.
Peoria, IL 61615

Franklin Printing
Attn: Bankruptct Dept.
6765 S.Eastern AVe.
Las Vegas, NV 89119

Fusion Imaging
Attn: Bankruptcy Dept.
601 Boro Street
Kaysville, UT 84037

General Fabrication
Attn: Bankruptcy Dept.
5225 S Valley View Blvd., Ste. 6
Las Vegas, NV 89118

Gyford Decor
Attn: Bankruptcy Dept
PO Box 74126
Cleveland, OH 44194-4126

Hartlauer Signs
Attn: Bankruptcy Dept.
3900 W. Dewey Dr.
Las Vegas, NV 89118

Henderson Chamber of Commerce
400 N. Green Valley Pkwy., 2nd Floor
Henderson, NV 89074

In-House Production Attn: Bankruptcy Dep
6620 W. Arby Ave
Las Vegas, NV 89118

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

International Quality Logisitics
Attn: Bankruptcy Dept
3555 W. Reno
Las Vegas, NV 89118

IPFS Corporation
Attn: Bankruptcy Dept/Managing Agent
1055 Broadway 11th Floor
Kansas City, MO 64105

Iron Mountain
Attn: Bankruptcy Dept
PO Box 601002
Pasadena, CA 91189-1002

ITernal NEtworks
Attn: Bankruptcy Dept.
1850 S. Sahara Ave., ste. 210
Las Vegas, NV 89104

JIm Croneberger
203 N. Matt Dillon Trl
Central, UT 84722

Las Vegas Blade & Supply
Attn Bankruptcy Dept
10345 La Cienega St.
Las Vegas, NV 89183

Las Vegas Industrial Equipment
Attn Bankruptcy Dept.
PO Box 1093
Lake Elsinore, CA 92531

Les Olson Company  
Attn Bankruptcy Dept  
PO Box 65598  
Salt Lake City, UT 84165-0598

Linde Gas & Equipment  
Attn: Bankruptcy Dept  
PO Box 120812  
Dallas, TX 75312-0812

Marsha Carver, Executor of Estate of  
John A. Carver  
c/o Smith & Shapiro PLLC  
3333 E. Serene Ave. #130  
Henderson, NV 89074

Matthew S. Naert  
c/o Plus Studios LLC  
140 Cassia Way, Suite 400  
Henderson, NV 89014

Monarch Textiles  
Attn: Bankruptcy Dept  
404 Evelyn Place, Unit A  
Placentia, CA 92870

Nationwide Displays Exhibits  
110 Windsor Place  
Las Vegas, NV 89103

Nauman Hobbs  
Attn: Bankrutpcy Dept  
4265 Tropicana Ave.  
Las Vegas, NV 89103

NCS  
Attn Bankruptcy Dept  
729 Miner Rd.  
Cleveland, OH 44143

NEVA 2019-2G Industrial Owner LLC  
Attn: Bankruptcy Dept.  
c/o ColFin 2018-7 Industrial Owner LLC  
Dallas, TX 75320-8383

Nevada Department of Taxation  
Bankruptcy Section  
555 E. Washington Avenue #1300  
Las Vegas, NV 89101

Nevada Dept of Taxation  
Attn Bankruptcy Dept.  
555 E. Washington Ave, Suite 1300  
Las Vegas, NV 89101

Nevada Energy
Attn Bankruptcy Dept.
PO Box 30150
Reno, NV 89520-3086

Nevada's Lawyers
Attn Allison Schmidt Esq.
7250 S Durango Dr. Suite 130-A295
Las Vegas, NV 89113

Octane Group, Inc.  ATTN Bankruptcy Dept
11700 W. Charleston Blvd. #170-484
Las Vegas, NV 89135

Peterman Lumber
Attn: Bankruptcy Dept/Managing Agent
10330 Elm Avenue
Fontana, CA 92337

Plastic Man Inc.
Attn: Bankruptcy Dept.
3919 Renate Dr.
Las Vegas, NV 89103

Premium Trucking LLC
Attn Bankruptcy Dept.
8401 Willow Point Ct.
Las Vegas, NV 89128

Priority 1
Attn: Bankruptcy Dept/Managing Agent
PO Box 840808
Dallas, TX 75284-0808

Progressive Cabinets
Attn: Bankruptcy Dept.
553 West Sunset Rd.
Henderson, NV 89011

Renaissance management Inc.
Attn Bankruptcy Dept.
8401 Willow Point Crt.
Las Vegas, NV 89128

Resource Department LLC
Attn; Bankruptcy Dept.
PO Box 1330
Clemson, SC 29633

Royal Plywood Company
PO Box 728
La Mirada, CA 90637-0728

```
Siena LLC
Attn: Bankruptcy Dept
3233 K St. NW
Washington, DC 20007

Social Security Administration
Western Program Service Center
P.O. Box 2000
Richmond, CA 94802-1791

SRS Fabrication Inc.
Attn: Bankruptcy Dept/Managing Agent
5182 Blissful Valley Circle
Las Vegas, NV 89149

Stentson Tamaddon LLC
One N. Central Ave., Suite 1030
La Mirada, CA 90637-0728

Sterling Corporation
Attn Bankruptcy Dept
27 Sterling Rd.
North Billerica, MA 01862

Storage On Wheels
5085 Cecile Ave., Suite D
Las Vegas, NV 89115

Sunkist Graphics Inc.
751 E. Pilot Rd.
Las Vegas, NV 89119

Super Color Digital
Attn: Bankruptcy Dept
16761 Hale Ave.
Irvine, CA 92606

T-Mobile
Attn: Bankruptcy Dept.
PO Box 742596
Cincinnati, OH 45274-2596

Teamwork Labor Services, Inc.
23 Norfolk St. Suite F
South Easton, MA 02375

Technology Mechanics Inc.
Attn Bankruptcy Dept
8316 Ashkum Ave.
Las Vegas, NV 89149

TForce Freight
PO Box 650690
Dallas, TX 75265-0690
```

The Activation Shop LLC
848 N. Rainbow Blvd.
Las Vegas, NV 89107

ThinkSTG, LLC
10624 S. Eastern Ave., #A-961
Henderson, NV 89052

Trio-Atlas Logistics
Attn: Bankruptcy Dept/managing agent
898 Huntington St. NE
Palm Bay, FL 32907

Trussworks Attn: Bankruptcy Dept
2265 Renaissance Dr., Suite A
Cleveland, OH 44101-1939

TTL Logistics
PO Box 30846
Salt Lake City, UT 84130-0846

U.S. Small Business Adminstration
SBA Distaster Loan SErvice Center
1545 Hawkins Blvd., Ste. 202
El Paso, TX 79925-2652

Unifirst Aid Corp.
3499 Rider Trail South
Earth City, MO 63045

US Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Vegas Chamber of Commerce
575 Symphony Park Ave.
Las Vegas, NV 89106

Veloxity One. LLC
51 Middlesex St.
Suite 110
North Chelmsford, MA 01863

Victory Agency
Attn Bankruptcy Dept
9160 Forum Corporate Pkwy
Fort Myers, FL 33905

Wells Fargo Bank N.A.
Attn Bankruptcy Dept
PO Box 10306
Des Moines, IA 50306-0309

```
Western Elite
2745 N. Nellis Blvd.
Las Vegas, NV 89115

Western Glass LLC
Attn: Bankruptcy Dept
2960 Westwood Dr.
Las Vegas, NV 89109

Willwork, Inc. AttN Bankruptcy Dept
7015 Corporate Plaza Dr, #100
Las Vegas, NV 89118

Wolf Powder Coating
5575 N Grand Canyon Dr
Las Vegas, NV 89149

Wurth Louis & Company
895 Columbia St.
Brea, CA 92821
```

# United States Bankruptcy Court
## District of Nevada

In re  **Plus Studios LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Plus Studios LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 26, 2024**
Date

**/s/ Timothy P. Thomas, Esq.**
**Timothy P. Thomas, Esq.**
Signature of Attorney or Litigant
Counsel for **Plus Studios LLC**
**Law Office of Timothy P. Thomas, LLC**
**1771 E. Flamingo Rd. Suite B-212**
**Las Vegas, NV 89119**
**(702)227-0011 Fax:702-227-0334**
**tthomas@tthomaslaw.com**